IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | | |
|---|---|---|
| Beverly Schrader and | ) | |
| Johnny Ray Schrader, | ) | C.A. No.  7:06-2786-HMH |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| Birch Brothers Southern, Inc., SBJ, Inc., | ) | |
| f/k/a Alexander Machinery, Inc., Alexco | ) | |
| Acquisition Company, LLC, and | ) | |
| Precision Research & Development, Inc., | ) | |
| | ) | |
| Defendants. | ) | |

After a review of the complaint, it is apparent to the court that there is no federal subject matter jurisdiction in this case.  "A complaint must state on its face the grounds for a federal court's jurisdiction, irrespective of whether it is a case of diversity jurisdiction, federal question jurisdiction or both."  Martin Sales & Processing, Inc. v. West Virginia Dep't of Energy, 815 F. Supp. 940, 944 (S.D. W. Va. 1993)  Based on the complaint, the plaintiffs are citizens of South Carolina, and at least one defendant is a South Carolina corporation.  Hence, the plaintiffs have failed to satisfy the requirements for diversity jurisdiction set forth in 28 U.S.C. § 1332. Therefore, this action is dismissed.

**IT IS SO ORDERED.**

s/Henry M. Herlong, Jr.
U.S. District Judge

November 14, 2006